Milton Springut, Esq.
Tal S. Benschar, Esq.
**KALOW & SPRINGUT LLP**
488 Madison Avenue
New York, New York 10022
(212) 813-1600

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------------------x

MONTBLANC-SIMPLO GMBH,      :
MONTBLANC NORTH AMERICA, LLC,   :
      :
     Plaintiffs,      :     Civil Action
      :
v.         :     No.
      :
ROGER CROMWELL d/b/a PENOPOLY.COM,  :
JOHN DOES 1-5,       :
      :
     Defendants.     :

------------------------------------------------------------x

### DISCLOSURE PURSUANT TO RULE 7.1 AND LOCAL CIVIL RULE 1.9

      Pursuant to Federal Rule of Civil Procedure Rule 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs Montblanc-Simplo GmbH, Montblanc North America, LLC, Chloé, a division of Richemont North America, Inc. and Chloé, S.A. (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties that are publicly held:

                Compagnie Financiere Richmont, S.A.

                Richemont S.A., Luxembourg

                       Respectfully submitted,

Dated: April 25, 2008           KALOW & SPRINGUT LLP

                       By: _____
                         Milton Springut (MS6571)
                         Tal S. Benschar (TSB0838)