AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

JUDGE CASTEL

# United States District Court

_____SOUTHERN_____ DISTRICT OF _____NEW YORK_____

MONTBLANC-SIMPLO GMBH and MONTBLANC
NORTH AMERICA, LLC,

    Plaintiffs,

V.

ROGER CROMWELL d/b/a PENOPOLY.COM
and JOHN DOES 1-5

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   No.

**08 CIV 3907**

TO: (Name and address of defendant)

Mr. Roger Cromwell
d/b/a Penopoly.com
4176 Omega Avenue
Castro Valley, California 94546

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kalow & Springut LLP
488 Madison Avenue
New York, NY 10022

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

DATE   APR 25 2008

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __05/27/2008__ by:

(1) personally delivering a copy of each to the individual at this place, __4176 Omega Ave., Castro Valley, CA 94546__ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) __Personal Service to Roger Cromwell - Wht, Male, 52yo, 5'9", 160lbs, S/P Hair__

My fees are $ __79.00__ for travel and $ _____ for services, for a total of $ __79.00__.

Date: __05/28/2008__

*[signature]*
Server's signature

**Michael Bliss RPS # 721 Alameda**
Printed name and title

20885 Redwood Road # 337
Castro Valley, CA 94546
510-872-5260

Server's address