# KALOW & SPRINGUT LLP
ATTORNEYS AT LAW

**MEMO ENDORSED**

488 MADISON AVENUE • NEW YORK, NY 10022
212 813-1600 • FAX 212 813-9600 • INFO@CREATIVITY-LAW.COM

Tal S. Benschar
tbenschar@creativity-law.com

**VIA FACSIMILE**
June 11, 2008

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007-1312

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08

Re: *Montblanc Simplo GmbH, et al. v Cromwell.*
Civil Action No. 08 Civ. 3907 (PKC)

Dear Judge Castel:

We represent plaintiffs in the above action. We are in receipt of an email earlier today from the Court's Deputy Clerk to the effect that an Initial Pretrial Conference has been set for this Friday. This was our first notice of such a conference. We write to request that the conference be adjourned by about one month.

The defendant has been avoiding service and we only obtained service on May 27, 2008. Defendant's answer is not due until June 16, 2008 and no appearance has been filed. We do not know who, if anyone, will be representing the defendant in the action and thus are unable to confer on the matters set forth in the Court's form Case Management Order.

We accordingly request that the conference be adjourned to some time in mid-July to allow the defendant to appear and for the parties to confer on such issues.

Respectfully submitted,
KALOW & SPRINGUT LLP

Tal S. Benschar

*[Handwritten endorsement:] Conference adjourned from June 13 to July 18, 2008 at 12:15 p.m. SO ORDERED. [signature] USDJ 6-12-08*

176136.1

TOTAL P.002