176174.1

Milton Springut, Esq.
Tal S. Benschar, Esq.
KALOW & SPRINGUT LLP
488 Madison Avenue
New York, New York 10022
(212) 813-1600

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MONTBLANC-SIMPLO GMBH,                  :
MONTBLANC NORTH AMERICA, LLC,           :
                                        :
                Plaintiffs,             :     Civil Action
                                        :
v.                                      :     No. 08 Civ. 3907 (PKC)
                                        :
ROGER CROMWELL d/b/a PENOPOLY.COM,      :
JOHN DOES 1-5,                          :
                                        :
                Defendants.             :
-----------------------------------------------------------x

## NOTICE OF APPEARANCE

The law firm of Kalow & Springut LLP, through attorney Tal S. Benschar hereby appears in this action for Plaintiffs Montblanc-Simplo GmbH and Montblanc North America, Inc.

The Clerk and all counsel are hereby requested to send to such counsel all notices, including electronic notices and other documents, concerning the above-captioned action.

Respectfully submitted,

KALOW & SPRINGUT LLP

Dated: June 12, 2008                         By:_____
New York, New York                                Tal S. Benschar, Esq.