UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MONTBLANC-SIMPLO GMBH and                RULE 7.1 STATEMENT
MONTBLANC NORTH AMERICA, LLC,

                   Plaintiffs,        08 Civ. 3907 (PKC)

  -against-

ROGER CROMWELL d/b/a PENOPOLY.COM,
JOHN DOES 1-5,
                                Assigned Judge:
                   Defendants.       Hon. P. Kevin Castel
----------------------------------------X

    Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Roger Cromwell d/b/a Penopoly.com (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    None.

Dated: June 27, 2008                Rider, Weiner & Frankel, P.C.
      New Windsor, NY           Attorneys for Defendant
                                         Roger Cromwell d/b/a Penopoly.com
                                         655 Little Britain Road
                                         New Windsor, New York 12553
                                         (845) 562-9100

                                         By: _____
                                               Michael J. Matsler (MM 8139)

TO:  Milton Springut, Esq.
      Tal S. Benschar, Esq.
      Kalow & Springut LLP
      488 Madison Avenue
      New York, New York 10022