<u>Affidavit of Service</u>

STATE OF NEW YORK    )
                     ) SS:
COUNTY OF ORANGE     )

    Yurmaris Renelt, being duly sworn, says that deponent is not a party to the action; is over the age of 18 years; that on the 30th day of June, 2008, deponent served the within **Answer to Complaint** upon:

Milton Springut, Esq.
Tal S. Benschar, Esq.
Kalow & Springut LLP
488 Madison Avenue
New York, New York 10022
(212) 813-1600

by depositing the same with an overnight delivery service in a wrapper properly addressed. Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery. The address was directed to said attorneys at the above address designated by said attorneys in the last paper served herein. The delivery service used is: Federal Express.

_____
Yurmaris Renelt

Sworn to, before me, this
30th day of June, 2008.

_____
Notary Public

TRACI L. NESTVED
Notary Public, State of New York
Qualified in Orange County
Reg. No. 01NE6023644
Commission Expires April 26, 20 11